# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRICK P. HOUSTON, JR.,
Petitioner,

vs.

DWIGHT NEVEN; AND BERRETH
VENNEMAN,
Respondents.

No. 70842

**FILED**

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus challenging petitioner's classification level at High Desert State Prison. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:     Brick P. Houston, Jr.
        Attorney General/Carson City

16-32031